O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DANA D. GUMM,** | ) | NO. CV 13-5370-MAN |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: January 23, 2015

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE