# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA D. GUMM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. 2:13-cv-05370-MAN<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the Stipulation For The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on March 25, 2015, IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

Dated: March 31, 2015

                                                        *Margaret A. Nagle*
                                                    MARGARET A. NAGLE
                                     UNITED STATES MAGISTRATE JUDGE